IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | No. 3:96-cr-294-K (02) |
| | § | |
| TRENT BREWER | § | |
| (BOP Register No. 24313-077), | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Defendant. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the government's motion for an order directing the Bureau of Prisons to turn over to the Clerk of the Court all funds, except $200.00, in Defendant Trent Brewer's inmate trust account as payment toward the criminal monetary penalties imposed in this case [Dkt. No. 190] is GRANTED. And the Bureau of Prisons is DIRECTED to comply.

The Court also GRANTS Defendant's motion to take judicial notice [Dkt. No. 203]. But the Court DENIES Defendant's motions requesting appointment of counsel [Dkt. Nos. 191 & 194], his motion for a hearing [Dkt. No. 192], and Request to Waive 5% interest [Dkt. No. 212}.

SO ORDERED.

Signed November 10th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE